*In re* **CARPER**, Nancy (MR 20795)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed. Respondent Nancy Carper is suspended from the practice of law for three years and until further order of the Court and until she makes restitution as follows:

| | |
|---|---|
| Fouad Hamid | $345 |
| Ping Lin Collins | $1,180 |
| Mei Zhen Varble | $2,460 |
| Sarah Anne Tai Li Rhoad | $845 |